# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 5:21-cr-88-JA-PRL

MICHAEL TYRONE YOUNG

------------------------------------------------/

## ORDER

This case is before the Court on Defendant's Motion to Suppress. (Doc. 29). The assigned United States Magistrate Judge has submitted a Report (Doc. 46) recommending that the motion be denied. Defendant filed an objection to the Report (Doc. 53), and the Government responded to Defendant's objection, concurring with the Magistrate Judge's recommendation. (Doc. 54).

After a *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Suppress (Doc. 29) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on July 26, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record